UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEA HINGANO, | CASE NO. CV F 09-1881 LJO DLB |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| CHANNING & ASSOCIATES LLC, | |
| Defendant. | |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 17, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the January 28, 2010 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   January 14, 2010**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE