**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEA HINGANO,<br><br>            Plaintiff,<br><br>      vs.<br><br>CHANNING & ASSOCIATES, LLC,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 09-1881 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 16.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1.   DISMISSES this action with prejudice;

2.   VACATES all pending matters and dates; and

3.   DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 2, 2010**                    /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1